William A. MURRAY, Plaintiff–Appellant,

v.

AVON PRODUCTS, INC., Defendant–Appellee.

No. 04–4319.

United States Court of Appeals, Seventh Circuit.

899

Submitted June 23, 2005.*

Decided June 30, 2005.

William A. Murray, Chicago, IL, pro se.

Richard H. Schnadig, Vedder, Price, Kaufman & Kammholz, Chicago, IL, for Defendant–Appellee.

Before ROVNER, WOOD, and WILLIAMS, Circuit Judges.

## ORDER

William Murray sued Avon Products claiming that he was denied employment because of his age in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.* The district court granted Avon's motion for summary judgment on the ground that Murray failed to establish a *prima facie* case of age discrimination; as noted by the court, Murray offered no evidence that the persons hired to fill the positions he applied for were substantially younger. *See Sembos v. Philips Components,* 376 F.3d 696, 700 (2004). Proceeding *pro se* on appeal, Murray fails to set forth any argument challenging the district court's analysis, and thus we have no basis to overturn the judgment. *See Ajayi v. Aramark Bus. Servs., Inc.,* 336 F.3d 520, 529 (7th Cir. 2003); *see also* Fed. R.App. P. 28(a)(9)(A); *Anderson v. Hardman,* 241 F.3d 544, 545 (7th Cir.2001). We warn Murray that any further frivolous litigation will subject him to monetary fines and possible bar pursuant to *Support Systems Int'l. Inc. v. Mack,* 45 F.3d 185, 186 (7th Cir.1995), forbidding

his filing of any further legal papers in any federal court within this circuit except for criminal cases or applications for writs of habeas corpus.

AFFIRMED.